UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21299-CIV-JORDAN/McALILEY

JUAN TAMAYO and
MIAMI HERALD MEDIA CO.,
publisher of *The Miami Herald*,

      Plaintiffs,

vs.

UNITED STATES DEPARTMENT
OF JUSTICE and
UNITED STATES DEPARTMENT
OF THE NAVY,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon the joint motion of the parties for clarification and for enlargement of time.

Upon consideration of parties' motion and the Court being fully apprised in the premises,

IT IS HEREBY ORDERED that the motion is granted and that this case is removed from the trial calendar commencing April 28, 2008, and further ORDERED that the deadlines for filing the joint pretrial stipulation and proposed jury instructions are cancelled. Deadlines for filing the joint pretrial stipulation and proposed findings of fact and conclusions of law will be rescheduled, if necessary, after oral argument on the parties' cross motions for summary judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_\_25th\_\_\_\_ day of April, 2008.

                                                                             */s/ Adalberto Jordan*
                                                            ADALBERTO JORDAN
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record