UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21299-CIV-JORDAN

| | |
|---|---|
| JUAN TAMAYO, et al., | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) |
| Defendants | ) ) |

**ORDER ON MOTION FOR MODIFICATION OF ORDER AND/OR FOR ENLARGEMENT OF TIME**

The government's motion for modification of order and/or enlargement of time [D.E. 47] is GRANTED IN PART. By no later than September 1, 2008, the government is directed to provide the *Vaughn* index and all documents responsive to the FOIA request for *in camera* review. Contrary to the plaintiffs' assertion in their response, it appears that an agency is not barred from invoking a particular FOIA exemption in litigation merely because that exemption was not cited in responding to the request. *See Young v. CIA*, 972 F.2d 536, 538-39 (4th Cir. 1992) ("an agency does not waive FOIA exemptions by not raising them during the administrative process") (citing *Dubin v. Dep't of the Treasury*, 555 F. Supp. 408, 412 (N.D. Ga.1981), *aff'd*, 697 F.2d 1093 (11th Cir. 1983)).

DONE and ORDERED in chambers in Miami, Florida, this 12th day of June, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record