UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21299-CIV-JORDAN

| | |
|---|---|
| JUAN TAMAYO, et al., | ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) |
| Defendants | ) ) |

**ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**

The parties' cross-motions for summary judgment [D.E. 27 and 35] are DENIED WITHOUT PREJUDICE. In light of the new searches conducted by the government, and the government's motion for partial reconsideration [D.E. 50], I will issue a new briefing schedule for summary judgment motions. If I grant the government's motion for partial reconsideration, and do not require the disclosure of the FBI *Vaughn* Index, I will reactivate the cross-motions for summary judgment. If the plaintiffs have any additional arguments they would like to make as to the Navy *Vaughn* Index [D.E. 50-2], they can file a supplemental memorandum by October 3, 2008, and the government can reply by October 17, 2008.

DONE and ORDERED in chambers in Miami, Florida, this 29th day of September, 2008.

Adalberto Jordan
United States District Judge

Copy to:   All counsel of record