UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21299-CIV-JORDAN

| | |
|---|---|
| JUAN TAMAYO, et al., | ) |
|     Plaintiffs | ) |
| vs. | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) |
|     Defendants | ) |

**FINAL JUDGMENT**

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, final judgment is entered in favor of the Department of Justice and the Department of Navy, and against Juan Tamayo and the Miami Herald Media Company. Juan Tamayo and the Miami Herald Media Company shall take nothing from this case.

This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 18th day of June, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record