UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21299-CIV-JORDAN

| | |
|---|---|
| JUAN TAMAYO, et al., | ) |
| Plaintiffs | ) |
| vs. | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) |
| Defendants | ) |

### ORDER

After an *in camera* review of the records produced in response to the plaintiffs' FOIA request, summary judgment was entered in favor of the defendants on June 18, 2010 [D.E. 74] finding that the records were properly withheld. No appeal has been filed. Accordingly, the defendants are directed to make arrangements to return the records that were produced to the Court to the appropriate agencies by August 6, 2010.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of July, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record